**Abatement Order filed February 18, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00142-CR
_____

**TRISTAN ANDRE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1557222**

## ABATEMENT ORDER

Appellant appeals his conviction for aggravated sexual assault of a child. Appellant's appointed counsel filed a brief in which counsel concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See*

*Anders*, 386 U.S. at 744.[1] Accordingly, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this court within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.

---

[1] Although the *Anders* brief addresses mental competence, it does not discuss Chapter 46B of the Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. 46B.004. Our decision should not be viewed as a determination of the merits of any issues raised in the brief or a limitation on any issue that may be raised in this appeal. Appellant's new appellate counsel should personally review the record to determine what issues should be raised in this appeal.